# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

E.V. Doe, by Next Friend N.C. Doe, J.P. Doe, by Next Friend J.A.P. Doe, E.R. Doe, by Next Friend J.R. Doe, J.B. Doe, by Next Friend M.B. Doe, and J.M. Doe, by Next Friend H.M. Doe,

           Plaintiffs,

v.

Shirley Thoen, an Individual, and Port Huron Area School District,

           Defendants.

Case No. 17-cv-14010

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

_____/

## **OPINION AND ORDER DISMISSING PRO SE PLAINTIFFS**

On January 22, 2019, the Court ordered pro se plaintiffs J.P. Doe, by Next Friend J.A.P. Doe and J.B. Doe, by Next Friend M.B. Doe to inform the Court, individually and in writing by Friday, February 22, 2019 whether they wished to pursue their case or were voluntarily dismissing the case. (Dkt. 18.) The Order indicated if plaintiffs failed to file a response, the Court would assume that pro se plaintiffs are voluntarily dismissing their case. (*Id.*)

Plaintiffs did not file any document by February 22, 2019, and as of today, have not filed anything in response to the Court's order. Accordingly, for the reasons set forth above, plaintiffs J.P. Doe, by Next Friend J.A.P. Doe and J.B. Doe, by Next Friend M.B. Doe's case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: March 5, 2019                   s/Judith E. Levy
   Ann Arbor, Michigan            JUDITH E. LEVY
                                            United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 5, 2019.

                                            s/Shawna Burns
                                            SHAWNA BURNS
                                            Case Manager